UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Angelica Clark,

              Plaintiff,

v.

Jefferson Capital Systems, LLC,

              Defendant.
_____/

Case Number 20-cv-11571
Honorable Bernard A. Friedman

## ORDER OF VOLUNTARY DISMISSAL

On November 10, 2020, Plaintiff filed a notice of voluntary dismissal of its claims against the defendant [ECF No. 8]. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *prejudice*.

Dated: November 12, 2020
Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE